IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN KINDERLEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAT KANE, et al.,<br><br>        Defendants. | Case No. 1:11-cv-01951 JLT (PC)<br><br>ORDER DISREGARDING ADDENDUM TO CIVIL RIGHTS COMPLAINT<br><br>(Doc. 12) |

On November 23, 2011, Plaintiff initiated this civil rights action against various individuals. Before the Court had the opportunity to screen the complaint, Plaintiff filed an "Addendum to Civil Rights Complaint." (Doc. 12) In it, Plaintiff does not restate his earlier claims but seeks to dismiss one defendant and to add more claims to his existing complaint. Id.

Though Plaintiff has the right to amend his complaint one time without leave of the Court. Fed. R. Civ. P. 15(a)(1), his amended complaint must be "complete in itself without reference to the prior or superceded pleading." Local Rule 220. Thus, should Plaintiff wish to file an amended complaint, he may do so within 30 days. In any event, the Court will **DISREGARD** his current Addendum.

IT IS SO ORDERED.

Dated:   **January 23, 2012**                             /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE

1